# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-50716 |
|     AMBER N SHORTER | |
| | CHAPTER 13 |
|     DEBTOR | JUDGE JOHN E. HOFFMAN JR. |

## OBJECTION TO CONFIRMATION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Faye D. English, Chapter 13 Trustee and objects to confirmation of the plan and would show this Court that in the above-referenced case the Court should enter an order denying confirmation for the reasons set forth below and dismissing the case pursuant to 11 USC §1307(c) for the following:

**X**    The Chapter 13 Statement of Financial Affairs, Plan, Means Test, or Schedules must be amended to reflect the changes in the following areas: Bonus language is needed in Section 13 of the Plan. Schedule I needs amended to disclose the current income. Schedule B needs amended to disclose the full 2018 tax refund.

**X**    Payments due pursuant to U.S.C. § 1326 (a)(1) and § 1325 (a)(2) have not been made. First payment needed.

Wherefore, the Trustee prays the Court deny confirmation for the reasons set forth and the case be dismissed or converted to Chapter 7, whichever shall be determined in the creditor's best interest.

Dated: 3/20/2019                          Respectfully submitted,

/s/ Faye D. English

Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449

                                                             Telephone: 614-420-2555
                                                             Facsimile: 614-420-2550

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Objection To Confirmation was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on 3/20/2019 addressed to:

    Amber N Shorter
    7535 Broad Street Nw
    Carroll, Oh 43112

                                              /s/ Faye D. English
                                              Faye D. English (0075557), Chapter 13 Trustee