IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Amber N Shorter

CASE NO: 19-50716

CHAPTER 13

JUDGE: John E. Hoffman Jr.

## NOTICE OF INTENTION TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Faye D. English, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00001 | AT&T<br>One AT&T Way<br>Room 3A104<br>Bedminster, NJ  07921 | Not filed | 2.80% | 0.00 % | UNSECURED |
| 00002 | Check Smart<br>7113 East Main Street<br>Reynoldsburg, OH  43068 | Not filed | 2.80% | 0.00 % | UNSECURED |
| 00003 | UNITED AUTO CREDIT CORPORATION<br>C/O JOHN D PATTA ESQ<br>15644 MADISON AVENUE SUITE 205<br>LAKEWOOD, OH  44107 | 11,742.43 | 2.80% | 0.00 % | UNSECURED |
| | TOTAL | 11,742.43 | | | |
| 00000 | MICHAEL A COX ESQ<br>3478 HIGH STREET<br>SUITE 100<br>COLUMBUS, OH  43214 | 3,500.00 | 100.00% | 0.00 % | ATTORNEY FEE |

Dated: 4/17/2020

/s/Faye D. English

Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 1600
Columbus, OH  43215-3419
Telephone: 614-420-2555
Facsimile: 614-420-2550

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice Of Intention To Pay Claims was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on 4/17/2020 addressed to:

    Amber N Shorter
    7535 Broad Street Nw
    Carroll, Oh 43112

    /s/ Faye D. English
    Faye D. English (0075557), Chapter 13 Trustee