## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:                   *      Case No. <u>19-50716</u>

     Amber N. Shorter

                         *      Judge:  <u>HOFFMAN</u>

                 Debtor      *      Chapter:  13

### NOTICE OF CHANGE OF ADDRESS

NAME OF PARTY TO BE CHANGED:     Debtor

FORMER ADDRESS:                  7535 Broad Street NW
                                        Carroll OH 43112

NEW ADDRESS:                     7120 Lockville Road
                                        Carroll OH 43112

Respectfully submitted,

*/s/ Michael A. Cox*
Michael A. Cox (0075218)
Guerrieri, Cox & Associates
3478 North High Street, Ste. 100
Columbus, OH 43214
(614) 267-2871
Fax: (614) 267-2873
coxecf@gcdebt.com
Attorney for the debtor

### CERTIFICATE OF SERVICE

      The undersigned certifies that a true copy of the above Notice of Change of Address was served upon the following parties in interest on May 19, 2020:

All ECF participants registered in this case were served electronically on the date of filing through the court's ECF System at the email address registered with the court.

Served via U.S. Mail:

Amber N. Shorter
7120 Lockville Road
Carroll OH 43112

                                       */s/ Michael A. Cox*
                                       Michael A. Cox (0075218)
                                       Attorney for Debtor