# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  AMBER N SHORTER | : | Case No. 19-50716 |
| | : | Chapter 13 |
| DEBTOR(S) | : | Judge John E. Hoffman Jr. |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS (Doc. 28)

Now comes Faye D English, standing Chapter 13 Trustee, and withdraws the Motion to Dismiss filed with the Clerk of the United States Bankruptcy Court on January 27, 2022 (Doc. #28) in the above captioned matter.

/s/ Faye D. English

Faye D. English
Chapter 13 Trustee
10 West Broad Street, Suite 1600
Columbus, OH  43215-3419
Telephone: 614-420-2555
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal Of Trustee's Motion To Dismiss was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **first class mail** on 2/25/2022 addressed to:

>Amber N Shorter
>7120 Lockville Rd.
>Carroll, Oh 43112

>/s/ Faye D. English
>Faye D. English (0075557), Chapter 13 Trustee